## PEOPLE, PLAINTIFF AND APPELLEE, *v.* NIEVES, DEFENDANT AND APPELLANT.

### APPEAL from the District Court of Humacao in a Prosecution for a Violation of the Excise Tax Law.

No. 1577.—Decided January 31, 1921.

Decided on the grounds of the opinion delivered in the case of *People* v. *Miranda, ante,* page 65.

*Affirmed.*

Chief Justice Hernández and Justice Wolf, Del Toro, Aldrey and Hutchison concurred.